UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
RICKY HERNANDEZ,                                                        :
                                                                        :
                           Plaintiff,                                   :
                                                                        :    24 Civ. 5924 (JPC)
            -v-                                                         :
                                                                        :              ORDER
HELEN MONAGHAN,                                                         :
                                                                        :
                           Defendant.                                   :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Under the terms of the Court's August 12, 2024, order at Docket Number 12, the parties were required to submit a joint letter to the Court by August 28, 2024, addressing the following in separate paragraphs:

(1) A brief statement of the nature of the action and the principal defenses thereto;

(2) A brief explanation of why jurisdiction[1] and venue lie in this Court;

(3) A brief description of all outstanding motions and/or all outstanding requests to file motions;

(4) A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

(5) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6) The estimated length of trial; and

(7) Any other information that the parties believe may assist this Court in resolving the action.

Dkt. 12 at 1-2. By that same date, the parties were also required to submit to the Court a proposed

---

[1] As Plaintiff invokes this Court's diversity jurisdiction, Dkt. 1 ¶ 7, the parties shall specifically address whether Plaintiff has adequately alleged the parties' citizenship. *See John Birch Soc'y v. Nat'l Broad. Co.*, 377 F.2d 194, 199 (2d Cir. 1967) ("[I]t has long been held that a statement of residence, unlike domicile, tells the court only where the parties are living and not of which state they are citizen.").

case management plan and scheduling order, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan. *Id.* at 2. That deadline has passed, and the docket does not reflect the entry of such a joint letter. The Court *sua sponte* extends the deadline for the joint letter to August 30, 2024. If the parties have not filed a joint letter by that date, the Court will order the parties to appear for a status conference on this matter.

    SO ORDERED.

Dated: August 29, 2024
       New York, New York

                                                      JOHN P. CRONAN
                                          United States District Judge