```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
RICKY HERNANDEZ,                                                       :
                                                                       :
                                Plaintiff,                             :
                                                                       :         24 Civ. 5924 (JPC)
                -v-                                                    :
                                                                       :         ORDER
HELEN MONAGHAN,                                                        :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of the parties' proposed Case Management Plan ("CMP"), which was filed at Docket Number 17 in advance of the Initial Pretrial Conference scheduled for September 11, 2024, at 10:00 a.m. In the CMP, the parties indicated that they consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. Dkt. 17 at 1; *see* 28 U.S.C. § 636(c). Should the parties wish to consent to the jurisdiction of a U.S. Magistrate Judge to conduct all further proceedings in this case, the parties may submit a Notice of Consent, which may be found at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge, no later than September 10, 2024.

SO ORDERED.

Dated: September 6, 2024
       New York, New York                            _____
                                                            JOHN P. CRONAN
                                                       United States District Judge