```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
RICKY HERNANDEZ,                                                       :
                                                                       :
                        Plaintiff,                                     :
                                                                       :         24 Civ. 5924 (JPC)
        -v-                                                            :
                                                                       :         ORDER
HELEN MONAGHAN,                                                        :
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

       The Court has reviewed the Proposed Consent to Jurisdiction by a U.S. Magistrate Judge filed at Docket Number 19. The document does not appear to be signed by Plaintiff's current attorney of record in this case, Kristen N. Reed. The signing attorney may enter an appearance before the Court, or Ms. Reed may sign the Proposed Consent. The IPTC currently scheduled for September 11, 2024, at 10:00 a.m., is adjourned *sine die*.

       SO ORDERED.

Dated: September 10, 2024  
       New York, New York

                                                                                JOHN P. CRONAN  
                                                              United States District Judge